IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR PODGORNY,<br><br>    Plaintiff,<br><br>vs.<br><br>JO ANNE B. BARNHART, Commissioner of Social Security,<br><br>    Defendant._____/ | No. C 03-2900 MEJ<br><br>**ORDER FOR PARTIES TO FILE JOINT STATUS STATEMENT** |

    On November 16, 2006, the Ninth Circuit Court of Appeals remanded this matter for further proceedings. Accordingly, the Court ORDERS the parties to file a joint statement addressing the scope of the Ninth Circuit's remand, the status of this case, and how they wish to proceed.

**IT IS SO ORDERED.**

Dated: December 4, 2006

                                              MARIA ELENA JAMES<br>                                              United States Magistrate Judge