| | |
|---|---|
| 1 | IAN M. SAMMIS (CA State Bar No. 45883) |
| 2 | 1108 Tamalpais Avenue, #1 |
|   | San Rafael, CA 94901 |
| 3 | Telephone: (415) 457-4200 |
| 4 | Facsimile: (415) 454-5294 |
| 5 | Attorney for Plaintiff |

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| VICTOR S. PODGORNY, | ) | Case No.: C-03-02900 MEJ |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | EXTENDING TIME TO FILE |
| | ) | PLAINTIFF'S REPLY TO |
| JO ANNE B. BARNHART, | ) | DEFENDANT'S OPPOSITION TO |
| Commissioner of Social Security, | ) | PLAINTIFF'S REQUEST FOR |
| Defendant. | ) | EAJA FEES |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, Plaintiff Victor S. Podgorny may have an extension of 30 days in which to file his reply to Defendant's opposition to Plaintiff's request for EAJA fees. Plaintiff's response is due on February 23, 2007, pursuant to Civil L.R. 16-5.

IT IS SO STIPULATED:

Stipulation and Proposed Order        Page 1 of 2        Case No. C-03-02900 MEJ

Dated: January 24, 2007                   signed /IAN M. SAMMIS/

                                                           _____
                                                                    Ian M. Sammis
                                                           Attorney for Thomas P. Riley

Dated:  January 25, 2007
                                                           DENNIS J. HANNA
                                          SPECIAL ASSISTANT UNITED STATES ATTORNEY

                                                           Signed /Dennis Hanna/
                                                    By_____
                                                               Dennis J. Hanna
                                                    Special Assistant United States Attorney


# ORDER

The parties having stipulated as set forth above,

**IT IS SO ORDERED.**

Dated:  ~~January~~ 2/6        , 2007

_____
MARIA ELENA JAMES
UNITED STATES DISTRICT JUDGE

Stipulation and Proposed Order            Page 2 of 2            Case No. C-03-02900 MEJ

Dated: January 24, 2007

signed /IAN M. SAMMIS/

Ian M. Sammis
Attorney for Thomas P. Riley

Dated: January 25, 2007

DENNIS J. HANNA
SPECIAL ASSISTANT UNITED STATES ATTORNEY

Signed /Dennis Hanna/
By

Dennis J. Hanna
Special Assistant United States Attorney

## ORDER

The parties having stipulated as set forth above,

**IT IS SO ORDERED.**

Dated: January          , 2007

_____
MARIA ELENA JAMES
UNITED STATES DISTRICT JUDGE

---

Stipulation and Proposed Order     Page 2 of 2     Case No. C-03-02900 MEJ

TOTAL P.03